UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKHAIL BLINOV<br>138 11th ST NE<br>Washington, DC, 20002<br><br>   Plaintiff,<br><br>   v.<br><br>Michael Chertoff , Secretary<br>U. S. Department of Homeland Security<br>Washington, D.C. 20258,<br><br>Emilio Gonzalez, Director<br>U. S. Citizenship and Immigration Services<br>425 I Street NW, Room 6100<br>Washington D.C. 20536,<br><br>Phyllis Howard as District<br>Director for The Washington District,<br> U.S. Citizenship and Immigration Service,<br>425 I Street NW, Room 6100<br>Washington D.C. 20536,<br><br> and<br><br>Michael B. Mukasey, U.S. Attorney General<br>U. S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001<br><br>   Defendants. | Case No. 1:08-cv-00307 (EGS) |

## COMPLAINT FOR DECLARATORY AND MANDAMUS RELIEF

  This complaint seeks the court to order the Defendants to perform their ministerial duty

owed to the Plaintiff to schedule a Naturalization Ceremony within thirty (30) days.  The

Defendants have failed to schedule the Plaintiff to be sworn in as a naturalized U.S. Citizen within the statutory period (120 days) following the administration of the examination pursuant to 8 U.S.C. 1446(b) in violation of the Immigration and Nationality Act ("INA") §336(b) and 8 U.S.C. §1447(b), and 8CFR § 335.3. The delay as to the request to complete his application for naturalization has been unfair and in direct contradiction to the governing statutes and regulations.

## PARTIES

1. The Plaintiff, Mikhial Blinov, is a native and citizen of Russia. The Plaintiff presently resides at 138 - 11th Street, NE, Washington, DC 20002. His Alien Registration number is A# 072-573-532, and he is seeking to be naturalized United States Citizen.

2. The Defendants are each either individual federal officials or U.S. government agencies with authority over and responsibility to act under the statutes and regulations relevant to this complaint. The specific authority and responsibility for each named defendant are as follows:

   a. Michael Chertoff, is the Secretary of the Department of Homeland Security, the agency with overall responsibility for enforcing federal immigration and naturalization laws. He is sued in his official capacity.

   b. Emilio Gonzalez is the Director of the U.S. Citizenship and Immigration Service (hereafter USCIS), the agency of the United States Government within the Department of Homeland Security with responsibility for administering and enforcing the citizenship application process. He id sued in his official capacity.

    c. Phyllis Howard, is the District Director for the Washington District, USCIS, which has jurisdiction over the District of Columbia, where Plaintiff resides. She is in charge with overall responsibility for setting and regulating administration within the district office.

    d. Michael B. Mukasey, is the U.S. Attorney General. He is the federal officie with overall jurisdiction over the Federal Bureau of Investigations (FBI). According to Plaintiff's knowledge and belief, the USCIS has failed to schedule a Citizenship Ceremony based on the FBI's failure to complete a background check on Plaintiff. Mr. Mukasey is sued in his official capacity.

## JURISDICTION

3. This court has jurisdiction over this action pursuant to the provisions of the Immigration and Nationality Act, Section 355; 28 U.S.C. §§ 1361 and 1331; and 8 U.S.C. 1447(b). Jurisdiction is also proper under 5 U.S.C. §§ 555(b) and 706(1), the Administrative Procedures Act.

4. Venue properly lies, within the U.S. District Court for the District of Columbia pursuant to the Immigration and Nationality Act, Section 336(b) as Plaintiff resides in Washington DC.

## NATURE OF ACTION

5. Plaintiff seeks to compel the USCIS to schedule an appointment to be sworn in as a United Sates Citizen pursuant to Section 337 of the Immigration & Nationality Act. *Mandamus* jurisdiction is invoked under 28 U.S.C. 1361 to compel an officer or employee of the INS or another agency to perform a non-discretionary duty owed to a party. Defendant's lack of attention is unreasonable, shows negligence to this duty and is a gross violation of the

Immigration and Nationality Act, Section 337.

## FACTUAL ALLEGATIONS

6. Plaintiff, Mikhail Blinov, has maintained lawful permanent resident status since May 29, 2001.

7. On or about March 16, 2006 the Plaintiff filed an N-400 application for naturalization with the USCIS.

8. On October 23, 2006, the Plaintiff appeared at the INS Washington Field Office to be interviewed by Officer J. Choi in connection with his naturalization application. At the interview, Plaintiff passed both the English language test and the U.S. history and government test. *See Exhibit 1.*

9. Plaintiff was told by Officer J. Choi that before he could be scheduled for his Naturalization Oath the USCIS needed to conduct a "security check."

10. On numerous occasions Plaintiff has contacted the USCIS, to receive information on the status of his application for naturalization, to no avail. Plaintiff then contacted Eleanor Holmes Norton, his elected Representative in Congress who contacted the USCIS on Plaintiff's behalf. The USCIS response to her inquiry unreasonably fails to advise Ms. Norton when Plaintiff can expect the USCIS to perform its statutory duty. *See Exhibit 2*.

11. As of the date of this complaint, no appointment has been set for the Plaintiff to receive a Naturalization Oath Ceremony.

12. Concerned about the status of his Citizenship application Plaintiff made a request under the Freedom of Information-Privacy Act of the Justice Department to determine the status of his FBI background check on June 26, 2007. The FBI responded that it had no records

responsive to his request.  *See Exhibit 3.*

13.  Since his examination on October 23, 2006, Plaintiff has contacted USCIS numerous times, by telephone and in person, requesting information on his application and seeking a date for a Naturalization Oath Ceremony.  To date there has been no response to these requests.

## INJURY TO PLAINTIFF

14.  As a result of the Defendant's failure to perform their ministerial, non-discretionary duty to schedule a Citizenship Ceremony for Plaintiff, he has been unable to participate in a variety of civic society activities such as voting, performing jury service, receiving a U.S. Passport, and the ability to freely travel outside the United States without fear of exclusion upon re-entry, hold any employment limited to U.S. Citizens, run for public office and remains subject to removal proceedings and deportation under a number of statutes and regulations governing non-citizen permanent residents.

## REQUEST FOR RELIEF

15.  Plaintiff asks that this Court declare unlawful the actions by the Defendants and find them in violation of the Immigration and Naturalization Act, Sections 335 and 337 in that the Defendants have failed in their non-discretionary, ministerial duty to schedule a Naturalization Oath Ceremony in a  timely manner.  The effect of these actions will cause on-going irreparable injury to the Plaintiff.

16.  Because no other relief is available, Plaintiff must ask this Court to issue a Writ of Mandamus directing the appropriate Defendant to perform the duty they owe to the Plaintiff.

**WHEREFORE,** Plaintiff prays the Court to grant the following relief:

(1) Accept and maintain continuing jurisdiction of this action.

(2) Issue an Order instructing the Defendants to schedule an appointment to administer the Naturalization Oath to Plaintiff and swear him in as a U.S. Citizen within thirty (30) days.

(3) Award Plaintiff the costs of this action, including fair and reasonable attorney's fees as provided in the Equal Access to Justice Act.

(4) Provide such relief as the Court may deem proper and appropriate.

                Respectfully submitted

                /s/ *F. Douglas Hartnett*
                F. Douglas Hartnett, DC Bar #466851
                Elitok & Hartnett at Law, LLC
                2428 Wisconsin Avenue, NW
                2nd Floor
                Washington, DC 2007
                Phone:  (202) 965-0529
                Facsimile:  (202) 965-0530
                Counsel for Plaintiff

File Number: a72573532

On  Monday, October 23, 2006,  you were interviewed by CIS officer  J. Choi  .

☒ You passed the tests of English and U.S. history and government.

☐ You passed the test of U.S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to ☐ speak / ☐ read / ☐ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.

☐ USCIS will send you a written decision about your application.. You have properly filed N-336 with the USCIS. You will be scheduled for Hearing within the prescribed period set by the Regulations.

☐ You did not pass the second and final test of your ☐ English ability / ☐ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400.

A) ☐ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established you eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☒ **A decision cannot be made about your application. (FBI Name Check is still pending)**

It is very important that you:

☒ Notify USCIS if you change your address.

☐ Come to any scheduled interview.

☐ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

Complaint Exhibit A



HOUSE OF REPRESENTATIVES
WASHINGTON, D.C. 20515

ELEANOR HOLMES NORTON
DISTRICT OF COLUMBIA

July 19, 2007

Mr. Mikhail Blinov
138 11TH ST NE
WASHINGTON, DC 20002-6216

Dear Mr. Blinov:

    I received the attached email that responds to my inquiry on your behalf. I trust this explains the Federal Bureau of Investigation's position regarding your Name Check.

    If I may be of further help on any matter that falls within my federal legislative and administrative jurisdiction, please feel free to get in touch with me.

                Sincerely,

                Eleanor Holmes Norton
                Member of Congress

ehn:dm

Enclosure

Not printed or mailed at government expense.

From: **US Citizenship and Immigration Services**
Sent: **July 17, 2007 2:49 PM**
To: **McDuffie, Damion**
Subject: **FBI Name Check Status: Mr. Mikhail Blinov**

Dear Congresswoman Norton:

I am responding to your facsimile inquiry concerning the name check status of Mr. Mikhail Blinov for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning this individual revealed that a request was received from the United States Citizenship and Immigration Services (USCIS) on March 31, 2006, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, your constituent may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.

Sincerely,


Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

July 13, 2007

MR. MIKHAIL PETROVICH BLINOV
138 ELEVENTH STREET NORTHEAST
WASHINGTON, DC 20002

Request No.: 1084270-000
Subject: BLINOV, MIKHAIL PETROVICH

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

Complaint Exhibit C

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| | |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>**(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>**(IN U.S. PLAINTIFF CASES ONLY)**<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

| II. BASIS OF JURISDICTION<br>(PLACE AN x IN ONE BOX ONLY) | III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!** |
|---|---|

| | | | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|---|---|
| 1 U.S. Government Plaintiff | 3 Federal Question (U.S. Government Not a Party) | Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| 2 U.S. Government Defendant | 4 Diversity (Indicate Citizenship of Parties in item III) | Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| | | Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

| **A.** *Antitrust* | **B.** *Personal Injury/Malpractice* | **C.** *Administrative Agency Review* | **D.** *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| 410 Antitrust | 310 Airplane<br>315 Airplane Product Liability<br>320 Assault, Libel & Slander<br>330 Federal Employers Liability<br>340 Marine<br>345 Marine Product Liability<br>350 Motor Vehicle<br>355 Motor Vehicle Product Liability<br>360 Other Personal Injury<br>362 Medical Malpractice<br>365 Product Liability<br>368 Asbestos Product Liability | 151 Medicare Act<br><br>**Social Security:**<br>  861 HIA ((1395ff)<br>  862 Black Lung (923)<br>  863 DIWC/DIWW (405(g)<br>  864 SSID Title XVI<br>  865 RSI (405(g)<br>**Other Statutes**<br>  891 Agricultural Acts<br>  892 Economic Stabilization Act<br>  893 Environmental Matters<br>  894 Energy Allocation Act<br>  890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| **E.** *General Civil (Other)* | | OR | **F.** *Pro Se General Civil* | |
|---|---|---|---|---|
| **Real Property**<br>  210 Land Condemnation<br>  220 Foreclosure<br>  230 Rent, Lease & Ejectment<br>  240 Torts to Land<br>  245 Tort Product Liability<br>  290 All Other Real Property<br><br>**Personal Property**<br>  370 Other Fraud<br>  371 Truth in Lending<br>  380 Other Personal Property Damage<br>  385 Property Damage Product Liability | **Bankruptcy**<br>  422 Appeal 28 USC 158<br>  423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>  535 Death Penalty<br>  540 Mandamus & Other<br>  550 Civil Rights<br>  555 Prison Condition<br><br>**Property Rights**<br>  820 Copyrights<br>  830 Patent<br>  840 Trademark<br><br>**Federal Tax Suits**<br>  870 Taxes (US plaintiff or defendant<br>  871 IRS-Third Party 26 USC 7609 | | **Forfeiture/Penalty**<br>  610 Agriculture<br>  620 Other Food &Drug<br>  625 Drug Related Seizure of Property 21 USC 881<br>  630 Liquor Laws<br>  640 RR & Truck<br>  650 Airline Regs<br>  660 Occupational Safety/Health<br>  690 Other<br><br>**Other Statutes**<br>  400 State Reapportionment<br>  430 Banks & Banking<br>  450 Commerce/ICC Rates/etc.<br>  460 Deportation | 470 Racketeer Influenced & Corrupt Organizations<br>480 Consumer Credit<br>490 Cable/Satellite TV<br>810 Selective Service<br>850 Securities/Commodities/Exchange<br>875 Customer Challenge 12 USC 3410<br>900 Appeal of fee determination under equal access to Justice<br>950 Constitutionality of State Statutes<br>890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| **G.** *Habeas Corpus/ 2255*<br><br>**530 Habeas Corpus-General**<br>**510 Motion/Vacate Sentence** | **H.** *Employment Discrimination*<br><br>**442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)**<br><br>*(If pro se, select this deck)* | **I.** *FOIA/PRIVACY ACT*<br><br>**895 Freedom of Information Act**<br>**890 Other Statutory Actions (if Privacy Act)**<br><br>*(If pro se, select this deck)* | **J.** *Student Loan*<br><br>**152 Recovery of Defaulted Student Loans (excluding veterans)** |
|---|---|---|---|
| **K.** *Labor/ERISA (non-employment)*<br><br>**710 Fair Labor Standards Act**<br>**720 Labor/Mgmt. Relations**<br>**730 Labor/Mgmt. Reporting & Disclosure Act**<br>**740 Labor Railway Act**<br>**790 Other Labor Litigation**<br>**791 Empl. Ret. Inc. Security Act** | **L.** *Other Civil Rights (non-employment)*<br><br>**441 Voting (if not Voting Rights Act)**<br>**443 Housing/Accommodations**<br>**444 Welfare**<br>**440 Other Civil Rights**<br>**445 American w/Disabilities-Employment**<br>**446 Americans w/Disabilities-Other** | **M.** *Contract*<br><br>**110 Insurance**<br>**120 Marine**<br>**130 Miller Act**<br>**140 Negotiable Instrument**<br>**150 Recovery of Overpayment & Enforcement of Judgment**<br>**153 Recovery of Overpayment of Veteran's Benefits**<br>**160 Stockholder's Suits**<br>**190 Other Contracts**<br>**195 Contract Product Liability**<br>**196 Franchise** | **N.** *Three-Judge Court*<br><br>**441 Civil Rights-Voting (if Voting Rights Act)** |

**V. ORIGIN**

| 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multi district Litigation | 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND $**    **JURY DEMAND:**    Check YES only if demanded in complaint    **YES**    **NO**

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    **YES**    **NO**    If yes, please complete related case form.

**DATE**         **SIGNATURE OF ATTORNEY OF RECORD**

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

**I.**   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

**III.**  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

**IV.**  CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

**VI.**  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.