UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKHAIL BLINOV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | Case Number: 1:08CV00307(EGS) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for defendants in the above-captioned action.

Dated: April 22, 2008                              Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov