**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MIKHAIL BLINOV,         Plaintiff,   v.   MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al.,         Defendants. | Case Number: 1:08CV00307(EGS) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendants, by and through their undersigned attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a 21-day enlargement of time to answer Plaintiff' Complaint, making Defendants' Answer due May 13, 2008. Defendants' answer currently is due today, April 22, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion. Plaintiff consented to this enlargement of time.

This is a mandamus case in which Plaintiff alleges that Defendants have unreasonably delayed completing the adjudication of his N-400 application for naturalization. The United States Citizenship and Immigration Services Washington District Field Office, in Fairfax, Virginia, is adjudicating Plaintiff's application. As of the time the complaint was filed, the adjudication had not been completed due to pending FBI name checks.

There is good cause to grant this enlargement motion. In light of recent factual developments, USCIS anticipates that the parties' dispute can be resolved through the administrative process. For that reason, the parties' respective counsel have been engaged in

discussions regarding a potential stipulation of dismissal.  Therefore, Defendants seek an enlargement of the deadline in which to file their answer or Rule 12(b) motion.  Granting that enlargement would potentially avoid unnecessary litigation and briefing of the jurisdictional defenses that Defendants will raise if and when they file a response to the complaint.

Defendants have not requested any prior enlargements of the deadline for their answer to the complaint.  There are no pending deadlines or court dates that this request for enlargement would affect.  Granting Defendants additional time to answer Plaintiff's Complaint should cause no prejudice.

Dated: April 22, 2008                              Respectfully submitted,


   /s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
MIKHAIL BLINOV,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   Case Number:  1:08CV00307(EGS)
                                   )
MICHAEL CHERTOFF, Secretary,       )
Department of Homeland Security, et al., )
                                   )
            Defendants.            )
                                   )
_____)

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to File Answer it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due May 13, 2008.

SO ORDERED.

_____
United States District Judge