# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKHAIL BLINOV, )<br> )<br>        Plaintiff, )<br>v. )<br> )<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security, <u>et al.</u>, )<br> )<br>        Defendants. )<br> ) | Case Number:  1:08CV00307(EGS) |

## **STIPULATION OF DISMISSAL**

In light of Defendants' representation that their adjudication of Plaintiff's naturalization application is nearly complete and will be completed within 30 days after the filing of this Stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that this action be voluntarily dismissed without prejudice.  Each side shall bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
|   /s/<br>F. DOUGLAS HARTNETT<br>D.C. BAR #466851<br>Elitok & Hartnett at Law, LLC<br>2428 Wisconsin Avenue, NW<br>2nd Floor<br>Washington, DC 20007<br>Phone: (202) 965-0529<br>Facsimile: (202) 965-0530<br><br>Dated: May 13, 2008 |   /s/<br>JEFFREY A. TAYLOR, D.C. BAR #498610<br>United States Attorney<br><br>  /s/<br>RUDOLPH CONTRERAS, D.C. BAR #434122<br>Assistant United States Attorney<br><br>     /s/ Robin M. Meriweather<br>ROBIN M. MERIWEATHER, D.C. Bar #490114<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 514-7198; Fax (202) 514-8780<br>Robin.Meriweather2@usdoj.gov |